UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

vs.                                       Civil No. 06-14033
                                      Honorable George Caram Steeh

TWENTY THOUSAND THREE HUNDRED
SEVENTY SEVEN DOLLARS IN UNITED
STATES CURRENCY ($20,377.00); THIRTY THREE
THOUSAND EIGHT HUNDRED TWENTY-TWO
DOLLARS IN UNITED STATES CURRENCY ($33,822.00);
FIFTY TWO THOUSAND DOLLARS IN UNITED
STATES CURRENCY ($52,000.00);TWENTY SIX
THOUSAND TWO HUNDRED EIGHTY FIVE DOLLARS
AND FORTY TWO CENTS IN UNITED STATES
CURRENCY ($26,285.42); FORTY SIX THOUSAND
THREE HUNDRED THIRTY EIGHT DOLLARS
AND THIRTY SIX CENTS IN UNITED STATES
CURRENCY ($46,338.36); ONE HUNDRED THOUSAND
DOLLARS IN UNITED STATES CURRENCY
($100,000.00),

                Defendant(s).
_____/

**STIPULATION TO STAY**
**CIVIL FORFEITURE PROCEEDING**

Plaintiff, the United States of America, and Claimants, by and through their respective, undersigned attorneys, hereby acknowledge that a related criminal investigation is currently pending and stipulate to the entry of an order for a stay of the above-captioned civil forfeiture proceeding pursuant to 18 U.S.C. §981(g)(1), or alternately, 18 U.S.C. §981(g)(2), on the grounds that continuation of the civil proceeding may negatively impact one or both parties as described in the

cited statutes; and that the stay continue until further order of the Court as provided in the accompanying Order.

STEPHEN J. MURPHY
United States Attorney

s/T.N. ZIEDAS

Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9573
Email: peter.ziedas@usdoj.gov
(P-34653)

Dated: 2/14/2007

s/with consent of JORIN G. RUBIN

Attorney for Claimants
26711 Northwestern Highway, Suite 200
Southfield, Michigan 48034
(248) 799-9100
Email: jorinrubin@comcast.net
(P-60867)

Dated: 2/14/2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                          Civil No. 06-14033
                                                            Honorable George Caram Steeh

TWENTY THOUSAND THREE HUNDRED
SEVENTY SEVEN DOLLARS IN UNITED
STATES CURRENCY ($20,377.00); THIRTY THREE
THOUSAND EIGHT HUNDRED TWENTY-TWO
DOLLARS IN UNITED STATES CURRENCY ($33,822.00);
FIFTY TWO THOUSAND DOLLARS IN UNITED
STATES CURRENCY ($52,000.00);TWENTY SIX
THOUSAND TWO HUNDRED EIGHTY FIVE DOLLARS
AND FORTY TWO CENTS IN UNITED STATES
CURRENCY ($26,285.42); FORTY SIX THOUSAND
THREE HUNDRED THIRTY EIGHT DOLLARS
AND THIRTY SIX CENTS IN UNITED STATES
CURRENCY ($46,338.36); ONE HUNDRED THOUSAND
DOLLARS IN UNITED STATES CURRENCY
($100,000.00),

        Defendant(s).
_____/

## ORDER STAYING CIVIL FORFEITURE PROCEEDINGS and ADMINISTRATIVELY CLOSING THE CASE

        Upon the accompanying Stipulation to Stay Civil Forfeiture Proceeding, and it appearing that good cause for the stay has been shown given that the United States is conducting a criminal investigation related to the instant civil forfeiture case, and the Court being otherwise fully advised in the premises, now, therefore;

        **IT IS HEREBY ORDERED** that all proceedings in this civil forfeiture case shall be stayed

until further order of the Court, and is administratively closed without prejudice to either party to seek an advance termination or an extension of the stay.

**IT IS FURTHER ORDERED** that the United States shall promptly inform the Claimants, and their counsel, of the culmination or termination of the criminal investigation, whether by discontinuance or by the initiation of criminal prosecution.

**IT IS FURTHER ORDERED** that upon termination of the stay, the parties shall notify the court by motion and this matter shall be reopened and the parties afforded a reasonable time to conclude discovery, file dispositive motions, and file all witness lists prior to any pretrial or trial proceedings.

Dated: February 15, 2007          s/George Caram Steeh
                                                 HON. GEORGE CARAM STEEH
                                                 United States District Judge